# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIKA EBERHARDINGER,** | : | **CIVIL ACTION NO. 1:16-CV-2481** |
| Plaintiff | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **CITY OF YORK**, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 19th day of September, 2017, upon consideration of Defendants City of York, Benjamin Praster and Benjamin Smith's Motion (Doc. 45) for Leave to Depose a Prisoner per Fed. R. Civ. P. 30(a), it is hereby ORDERED that said motion is GRANTED. The deposition of Inmate Defendant Matthew Foster will take place before October 31, 2017, at SCI Pine Grove located at 189 Fyock Road, Indiana, PA 15701.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania