IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIKA EBERHARDINGER,** | : | CIVIL ACTION NO. 1:16-CV-2481 |
| Plaintiff | : | |
| | : | (Chief Judge Conner) |
| v. | : | |
| | : | |
| **CITY OF YORK,** *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 31st day of October, 2017, upon consideration of plaintiff's motion (Doc. 53) for enlargement of case management deadlines, which is concurred in by the State Farm defendants and otherwise unopposed, it is hereby ORDERED that said motion is GRANTED, to the extent that the following revised pretrial and trial schedule shall apply to this case:

| | |
|---|---|
| Jury Selection & Trial | July 9, 2018 at 9:30 a.m. |
| Fact Discovery Deadline | January 2, 2018 |
| Dispositive Motions & Supporting Briefs | February 2, 2018 |
| Motions in Limine | May 3, 2018 |
| Final Pretrial Conference | June 21, 2018 at 11:00 a.m. |
| Pretrial Memoranda | June 14, 2018 by 12:00 p.m. |
| Plaintiff's Expert Report(s) | February 2, 2018 |
| Defendants' Expert Report(s) | March 2, 2018 |
| Supplemental/Reply Expert Report(s) | March 19, 2018 |
| Proposed Voir Dire Question | June 21, 2018 |
| Proposed Jury Instructions | June 21, 2018 |

All other instructions and guidelines set forth in the original case management order (Doc. 34), dated February 14, 2017, shall remain in full force and effect except as modified herein.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania