IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIKA EBERHARDINGER : | |
| : | No. 1:16-CV-02481-CCC |
| vs. : | |
| : | |
| CITY OF YORK, BENJAMIN SMITH, : | |
| MATTHEW FOSTER, STATE FARM : | |
| MUTUAL AUTOMOBILEINSURANCE : | |
| COMPANY, STATE FARM FIRE & : | |
| CASUALTY COMPANY, STATE : | |
| FARM INSURANCE COMPANY, STATE : | |
| FARM COMPANIES, STATE FARM and : | |
| STATE FARM INSURANCE : | |

## CERTIFICATE OF CONCURRENCE

Pursuant to the Local Rules of the Middle District of Pennsylvania, the undersigned has contacted opposing counsel and has received the response indicated below:

Patrick J. Best, Esquire, Attorney for Plaintiff – **Does not concur.**

Karl L. Stefan, Attorney for State Farm Defendants – **Concurs.**

Lee E. Ullman, Esquire, Attorney for State Farm Defendants – **Concurs.**

John Stengel, Esquire, Attorney for Defendant Matthew Foster – **Concurs.**

**William J. Ferren & Associates**

By: s/Leticia J. Santiago
Leticia J. Santiago, Esquire
Attorney for Defendants,
City of York and Officer Smith
10 Sentry Parkway, Suite 301
Blue Bell, PA  19422
(215) 274-1724 (telephone)
(215) 274-1735 (facsimile)
Attorney No. PA308519
ljsantia@travelers.com

Dated:  May 2, 2018