# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIKA EBERHARDINGER,** | : | **CIVIL ACTION NO. 1:16-CV-2481** |
| **Plaintiff** | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **CITY OF YORK,** *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW this 2nd day of May, 2018, upon consideration of Defendants City of York and Benjamin Smith's Motion (Doc. 77) to Stay the Proceedings Until Resolution of Their Motion for Summary Judgment, and any response thereto, it is hereby ORDERED that said motion is GRANTED. This case is STAYED pending the outcome of the Motion for Summary Judgment.

                                              /S/ CHRISTOPHER C. CONNER
                                              Christopher C. Conner, Chief Judge
                                              United States District Court
                                              Middle District of Pennsylvania