# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIKA EBERHARDINGER,** | : | CIVIL ACTION NO. 1:16-CV-2481 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **CITY OF YORK**, *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 14th day of May, 2018, upon consideration of the motion (Doc. 79) for reconsideration by plaintiff Erika Eberhardinger ("Eberhardinger"), asking the court to reconsider its May 2, 2018 order granting defendants City of York and Benjamin Smith's motion to stay proceedings until resolution of their motion for summary judgment, and the court determining that no basis for reconsideration exists, it is hereby ORDERED that Eberhardinger's motion for reconsideration is DENIED.[1]

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania

---

[1] The court also denies Eberhardinger's request, in the alternative, that the court direct the parties to participate in a settlement conference with a magistrate judge. (See Doc. 79 at 2-3; Doc. 79-1). The court will explore the status of settlement discussions at the pretrial conference in the event that defendants' pending case-dispositive motions are denied.