# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIKA EBERHARDINGER,** | : | **CIVIL ACTION NO. 1:16-CV-2481** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF YORK,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 15th day of June, 2018, upon consideration of plaintiff's motion (Doc. 83) to supplement plaintiff's brief in opposition to the motion for summary judgment filed by defendants City of York and Benjamin Smith, it is hereby ORDERED that plaintiff's motion (Doc. 83) is GRANTED. Plaintiff may file her supplemental brief as attached to said motion.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania