# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIKA EBERHARDINGER,** | : | CIVIL ACTION NO. 1:16-CV-2481 |
| **Plaintiff** | : | |
| | : | (Chief Judge Conner) |
| v. | : | |
| **CITY OF YORK**, *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 26th day of September, 2018, with the defendants City of York and Benjamin Smith's motion for summary judgment in this matter having been recently resolved (see Docs. 87, 88), it is hereby ORDERED that the court's prior stay of this case, pending disposition of said motion, is lifted and this case shall be placed on the court's **February 2019** trial list. Accordingly, motions *in limine*, with supporting briefs, shall be filed on or before **Monday, December 3, 2018**. The parties shall file their pretrial memoranda by no later than **12:00 p.m. on Wednesday, January 9, 2019**. The final pretrial conference shall be held on **Wednesday, January 16, 2019, at 11:00 a.m.**, in Jury Room No. 2, Ninth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania. Proposed *voir dire* questions and proposed jury instructions are due on or before **Wednesday, January 16, 2019**, and may be submitted at the final pretrial conference.

Jury selections for trials on the court's **February 2019** trial list shall commence **at 9:30 a.m. Monday, February 4, 2019**, in Courtroom No. 2, Ninth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania. Trials will commence upon completion of jury selections. Counsel should note that criminal matters take priority and may delay the beginning of the civil trial list.

All other instructions and guidelines set forth in the court's original case management order (Doc. 34), dated February 14, 2017, shall remain in full force and effect, except as modified herein.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania