# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIKA EBERHARDINGER,** | : | CIVIL ACTION NO. 1:16-CV-2481 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **CITY OF YORK**, *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 27th day of August, 2019, upon consideration of plaintiff's motions (Docs. 95-99) *in limine*, which briefing deadlines had been stayed pending appeal, (see Doc. 110), and the court noting that the appeal has been terminated following the Third Circuit Court of Appeals' issuance of its mandate, (see Doc. 113), it is hereby ORDERED that:

1. Defendants shall have 14 days from the date of this order in which to respond to plaintiff's motions *in limine*. See LOCAL RULE OF COURT 7.6.

2. Plaintiff shall have 14 days to file a reply, if desired, from the date defendants serve their responsive briefing. See LOCAL RULE OF COURT 7.7.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania