# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIKA EBERHARDINGER, | : | NO.: 1:16-CV-02481-CCC |
| Plaintiff | : | |
| vs. | : | JURY TRIAL DEMANDED |
| BENJAMIN SMITH and MATTHEW FOSTER | : | The Honorable Christopher C. Conner |
| Defendants. | : | |

### DEFENDANT BENJAMIN SMITH'S MEMORANDUM OF LAW IN RESPONSE TO PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE EXPERT TESTIMONY FROM PENNSYLVANIA STATE POLICE, SGT. STEVEN WISE, BENJAMIN SMITH, BENJAMIN PRASTER AND/OR CHIEF WESLEY KAHLEY

**I.   PRELIMINARY STATEMENT**

Officer Smith will not be offering expert testimony from Pennsylvania State Police, Sgt. Steven Wise, Benjamin Smith, Benjamin Praster or Chief Wesley Kahley at trial. Accordingly, Plaintiff's motion in limine is moot.

**II.   CONCLUSION**

Officer Smith respectfully requests that this Honorable Court deny Plaintiff's motion in limine as moot.

Respectfully submitted,

WILLIAM J. FERREN & ASSOCIATES
BY: /s/ Leticia J. Santiago
　　Leticia J. Santiago, Esquire

Attorney ID# 308519  
10 Sentry Parkway, Suite 301  
Blue Bell, PA  19422  
(215) 274-1724  
(215) 274-1735 (fax)  
Email: ljsantia@travelers.com