# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIKA EBERHARDINGER,** | : | CIVIL ACTION NO. 1:16-CV-2481 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **CITY OF YORK**, *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 25th day of September, 2019, upon consideration of plaintiff's motion (Doc. 96) *in limine*, wherein plaintiff seeks to preclude defendants from presenting expert testimony at trial due to lack of timely disclosure of expert witnesses, and it appearing that defendants timely disclosed the expert report of Joseph J. Stine, (see Doc. 121), and the court noting that plaintiff concedes that disclosure of this expert report was timely made, (see Doc. 130 at 1), it is hereby ORDERED that plaintiff's motion (Doc. 96) *in limine* to exclude expert testimony at trial is DENIED without prejudice to plaintiff's right to assert specific admissibility concerns under the Federal Rules of Evidence at the time of trial.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania