# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIKA EBERHARDINGER,** | : | CIVIL ACTION NO. 1:16-CV-2481 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **CITY OF YORK**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 25th day of September, 2019, upon consideration of plaintiff's motion (Doc. 97) *in limine*, wherein plaintiff seeks to preclude defendants from presenting expert testimony at trial regarding the use of force from Pennsylvania State Police Sergeant Steven Wise, Officer Benjamin Smith, Officer Benjamin Praster, and Chief Wesley Kahley, and the court noting that defendants aver that they do not intend to offer expert testimony from any of the above-named law enforcement officers, (see Doc. 126), it is hereby ORDERED that plaintiff's motion (Doc. 97) *in limine* to exclude expert testimony at trial from the specified law enforcement officers is DENIED as moot without prejudice to plaintiff's right to reassert the motion at trial if relevant circumstances change.

        /S/ Christopher C. Conner
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania