# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIKA EBERHARDINGER,** | : | CIVIL ACTION NO. 1:16-CV-2481 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **CITY OF YORK**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

# **ORDER**

AND NOW, this 25th day of September, 2019, upon consideration of plaintiff's motion (Doc. 98) *in limine*, wherein plaintiff seeks to preclude defendants from presenting expert documentary or testimonial evidence at trial from Robert Dahmus, MD ("Dr. Dahmus"), and the court noting that defendants aver that they do not intend to offer any expert evidence from Dr. Dahmus, (see Doc. 123), it is hereby ORDERED that plaintiff's motion (Doc. 98) *in limine* to exclude expert evidence at trial from Dr. Dahmus is DENIED as moot without prejudice to plaintiff's right to reassert the motion at trial should relevant circumstances change.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania