

# ARM LAWYERS

Nicholas J. Masington, III, Esq.
Brett J. Riegel, Esq.*
Joshua B. Goldberg, Esq.
Patrick J. Best, Esq.*†△
Jason R. Costanzo, Esq.*
Lauren E. Allu, Esq.*△
Scott E. Brannan, Esq.

John R. Caffese, Esq.*, Of Counsel

*Also licensed in New Jersey
†Also licensed in Maryland
△Also licensed in New York

☑ 18 North 8th Street
Stroudsburg, PA 18360
(570) 424-6899 Tel
(484) 544-8625 Fax

☐ 115 E. Broad Street
Bethlehem, PA 18018
(610) 849-2788 Tel
(484) 544-8625 Fax

☐ 202 Delaware Avenue
Palmerton, PA 18071
(484) 765-8140 Tel
(484) 544-8625 Fax

Please reply to: **STROUDSBURG**
Email: jgoldberg@armlawyers.com

October 31, 2019

**VIA ECF ONLY**
The Honorable Chief Judge Christopher C. Conner
United States District Court
Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17108

      **Re:** **Eberhardinger v. Smith**
           **US District Court Docket No.: 1:16-CV-02481-CCC**
           **Our File No.: 3110-1(JMU)**

Dear Judge Conner:

    I am happy to report, on behalf of the parties, the within matter has now settled with the assistance of Judge Schwab.

    The parties will endeavor to finalize said settlement as soon as possible. As such, Plaintiff respectfully requests the upcoming trial scheduled for November 4, 2019, be cancelled/continued until such time as a Release is completed.

    Thank you for your consideration in this regard. If you have any questions, please not hesitate to contact me.

                        Very truly yours,

                        ARM LAWYERS

              By: _____
                        Joshua B. Goldberg, Esquire

JBG\jmu
cc: Donald B. Hoyt, Esquire *(via ECF)*
     Christine Munion, Esquire *(via ECF)*
     Leticia Santiago, Esquire *(via ECF)*