IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIKA EBERHARDINGER,** | : | CIVIL ACTION NO. 1:16-CV-2481 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **CITY OF YORK**, *et al.*, | : | |
| | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 31st day of October, 2019, the parties having reported to the court that the above-caption action has settled, (see Doc. 168), it is hereby ORDERED as follows:

1. The jury trial in this matter scheduled to begin on November 4, 2019, is CANCELLED.

2. The Clerk of Court is directed to mark this matter CLOSED for statistical purposes only.

3. The parties shall, as soon as practicable but no later than 60 days from the date of this order, submit an appropriate dismissal filing in accordance with Federal Rule of Civil Procedure 41(a).[1]  Should the

---

[1] Rule 41 contemplates three methods of dismissal.  Before an answer or summary judgment motion has been filed, an action can be dismissed by a notice of dismissal signed by the plaintiff alone.  See FED. R. CIV. P. 41(a)(1)(A)(i).  After an answer or motion for summary judgment has been filed, the parties can dismiss a case by filing a stipulation of dismissal signed by all parties to have appeared.  See FED. R. CIV. P. 41(a)(1)(A)(ii).  Either of these filings operates to close the case and end the court's jurisdiction without further court action.  For any dismissal that is conditional or otherwise requires court approval, including, for example, a request that the court retain jurisdiction for a specific period of time for enforcement of the settlement, the plaintiff shall submit a motion to dismiss setting forth the requested terms for dismissal, accompanied by a proposed order.  See FED. R. CIV. P. 41(a)(2).

parties fail to consummate settlement within 60 days, either party may seek to reopen the case for good cause shown as to why settlement could not be completed.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania